**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV11-00724 JAK (RZx) | Date | September 9, 2011 |
| Title | Linley Invstments, et al. v. Jerry Jamgotchian | | |

Present: The Honorable  **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS) ORDER RE RESPONDENT JERRY JAMGOTCHIAN'S PRELIMINARY RESPONSE, INITIAL OUTLINE OF AFFIRMATIVE DEFENSES AND REQUEST FOR LIMITED NECESSARY DISCOVERY [46]**

The Court determines that Respondent may pursue limited and focused discovery on the issue of the alleged financial relationship between Petitioners and the European Breeders' Fund ("EBF") or the arbitrator here, Sam Sheppard. The Court also finds that, as a result, Petitioners may pursue symmetrical discovery as to whether Respondent has had a financial relationship with either the EBF or Sheppard. Thus, the Court will allow each side to propound five (5) interrogatories, with corresponding, narrow focused document requests as to one or more of the interrogatories, on the other side limited to the potential financial relationship(s) issue. The parties are not permitted to seek discovery from other persons and/or entities at this time.

The discovery requests shall be propounded within ten days of this order, *i.e.,* on or before September 19, 2011. The Parties shall respond to the interrogatories and any document requests such that the responses are received by the propounding party, on or before October 3, 2011. Thereafter, the parties shall submit simultaneous briefs, not to exceed five pages, on or before October 17, 2011, limited to the nature of the financial relationship, if any, between any party and EBF and/or Sam Sheppard and the legal significance, if any, of such a claimed relationship in connection with this proceeding. Should any discovery disputes arise, the parties shall describe them in their respective briefs, which may then be extended to seven pages. Upon receiving the parties' respective briefs, the Court will determine if a further hearing will be appropriate in connection with the Petition.

**IT IS SO ORDERED.**

: 

Initials of Preparer   ak