1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINLEY INVESTMENTS, an Isle of Man Limited Company; ORPENDALE, Incorporated in the Republic of Ireland; LYNCH BAGES LIMITED, Incorporated in the Republic of Ireland; WYNATT, Incorporated in the Republic of Ireland; CHELSTON (IRELAND), Incorporated in the Republic of Ireland; and SPRINGCON, Incorporated in the Republic of Ireland<br><br>             Petitioners,<br><br>     vs.<br><br>JERRY JAMGOTCHIAN, an individual,<br><br>             Respondent. | Case No. CV 11-00724-JAK<br><br>**JUDGMENT ON VERIFIED PETITION TO RECOGNIZE, CONFIRM AND ENFORCE FOREIGN ARBITRAL AWARDS**<br><br><br>Petition Filed: January 25, 2011<br>Judge: John A. Kronstadt |

1        This Court has considered the VERIFIED PETITION TO RECOGNIZE,

2    CONFIRM AND ENFORCE FOREIGN ARBITRAL AWARDS (Dkt. 1),

3    hereinafter referred to as "VERIFIED PETITION," which was brought by

4    Petitioners, LINLEY INVESTMENTS, ORPENDALE, LYNCH BAGES

5    LIMITED, WYNATT, CHELSTON (IRELAND) and SPRINGCON, hereinafter

6    collectively referred to as "Petitioners." Briefs were submitted and considered from

7    the Petitioners and from Respondent Jerry Jamgotchian ("Respondent.") Hearings

8    were conducted on June 20, 2011 (Dkt. 40), September 8, 2011 (Dkt. 54) and,

9    following limited and focused discovery, the matter was submitted, along with

10   Supplemental Briefs, on October 17, 2011. On May 11, 2012, the Court issued its

11   Findings of Facts and Conclusions of Law. In accordance with those findings and

12   conclusions and the provisions of Rule 58 of the Federal Rule of Civil Procedure,

13

14       **IT IS ADJUDGED** that:

15       1.    The  VERIFIED PETITION TO RECOGNIZE, CONFIRM AND

16   ENFORCE FOREIGN ARBITRAL AWARDS is granted;

17       2.    Petitioners shall have Judgment against Respondent in the amount of

18   **$538,154**. Said amount shall bear interest at the rate of 8% per annum from April

19   16, 2014 until the date of payment.

20       3.    The judgment amount includes the sum of the Arbitration Awards --

21   **€301,783.25** -- and prejudgment interest at the rate of 8% per annum from August

22   23, 2010 through April 15, 2014 -- **€88,098.66**. The award is based upon the

23   prevailing exchange rate from Euros to U.S. dollars as of April 16, 2014.

24       4.    Petitioners elected by their filing of a single Petition to have the 14

25   separate Arbitration Awards set forth in their Petition combined into a single

26   judgment against Respondent. Any partial satisfaction of the Judgment by the

27   Respondent will be credited against Respondent's combined single liability on the

28   entire judgment amount. Petitioners shall be solely and exclusively responsible for

1   allocating any and all payments received from Respondent, by virtue of this

2   judgment, among them.

3       5.      Petitioners, as the prevailing party, may submit a bill of costs and file a

4   motion for attorney's fees.

5

6       **IT IS SO ORDERED.**

7

8

9   DATED:      April 16, 2014      _____

10                                  HON. JOHN A. KRONSTADT
                                    U.S. DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28