# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINLEY INVESTMENTS, an Isle of Man Limited Company; ORPENDALE, Incorporated in the Republic of Ireland; LYNCH BAGES LIMITED, Incorporated in the Republic of Ireland; WYNATT, Incorporated in the Republic of Ireland; CHELSTON (IRELAND), Incorporated in the Republic of Ireland; and SPRINGCON, Incorporated in the Republic of Ireland,<br><br>        Petitioners,<br><br>    v.<br><br>JERRY JAMGOTCHIAN, an individual,<br><br>        Respondent. | Case No. 2:11-cv-00724-JAK-(AFMx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (CLAIM OF EXEMPTION) DKT. 181** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made.

IT THEREFORE IS ORDERED that:

1. The Court accepts and adopts the findings and recommendations of the Magistrate Judge.
2. Patricia Jamgotchian's claimed exemptions based on California Code of Civil Procedure §§ 704.070 and 706.050 is denied.
3. Patricia Jamgotchian's claim of exemption for her alleged separate property based on California Code of Civil Procedure § 704.210 is granted in part and denied in part as follows:
   (a) the claim of exemption for the $6,000 in the Checking Account that was deposited in cash is granted;
   (b) claim of exemption for the $27,000 in the Checking Account that Jerry Jamgotchian deposited via a check written to him is denied;
   (c) the claim of exemption for the remaining $3,174.08 in the Checking Account is granted.
4. The Clerk is ordered to transmit a certified copy of the Court's Order to the levying officer requiring that the levying officer, subject to California Code of Civil Procedure § 703.610, release the $9,174.08 to Patricia Jamgotchian and deliver the remainder of the property to Petitioners for satisfaction of their money judgment against Respondent.

Dated: May 30, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE